RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for KEVIN HALL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN HALL, <br><br> Defendant. | **Case No.:** 2:14-mj-498-PAL <br><br> **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW the defendant, KEVIN HALL, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for defendant and files this Motion to Conduct a Pre-Plea Presentence Investigation Report on KEVIN HALL for the following reasons.
.

DATED September 17, 2014

RENE L. VALLADARES
Federal Public Defender

/s/ Brenda Weksler
_____
BRENDA WEKSLER
Assistant Federal Public Defender

**UNOPPOSED MOTION FOR PRE-PLEA PSI REPORT**

**I. STATEMENT OF FACTS**

On July 29, 2014, the defendant, Kevin Hall (Hall) was charged by way of complaint with Hobbs Act robbery-related offenses. The preliminary hearing on this matter is set for October 10, 2014.

The defense has received discovery on this matter, including Hall's criminal history. Given the possibility that Hall may face sentencing enhancements, the parties have agreed to request a pre-plea PSI on this defendant and request that the Court order its preparation.

DATED September 17, 2014

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/* Brenda Weksler

_____
BRENDA WEKSLER
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 2:14-mj-498-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| KEVIN HALL, | |
| Defendant. | |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for KEVIN HALL.

DATED: Septermber 23, 2014.

_____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 17, 2014, I served an electronic copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
SARAH E. GRISWOLD
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

/s/ Nancy Vasquez
Nancy Vasquez, Senior Legal Assistant to
BRENDA WEKSLER,
Assistant Federal Public Defender