1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   BRENDA WEKSLER
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  (Fax) 388-6261

6  Attorneys for KEVIN HALL

7

8              UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10                         * * *

11

12  UNITED STATES OF AMERICA,           **Case No.:** 2:14-mj-498-PAL

13              Plaintiff,              **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER**

14  vs.

15  KEVIN HALL,

16              Defendant.

17

18          COMES NOW the defendant, KEVIN HALL, by and through his counsel of record,

19  Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public

20  Defender, counsel for defendant and files this Motion to Conduct a  Pre-Plea Presentence

21  Investigation Report on KEVIN HALL for the following reasons.

22  .

23          DATED September 17, 2014

24                                      RENE L. VALLADARES
                                        Federal Public Defender
25
                                        /s/ Brenda Weksler
26                                      _____
                                        BRENDA WEKSLER
27                                      Assistant Federal Public Defender

28

**UNOPPOSED MOTION FOR PRE-PLEA PSI REPORT**

**I. STATEMENT OF FACTS**

On July 29, 2014, the defendant, Kevin Hall (Hall) was charged by way of complaint with Hobbs Act robbery-related offenses. The preliminary hearing on this matter is set for October 10, 2014.

The defense has received discovery on this matter, including Hall's criminal history. Given the possibility that Hall may face sentencing enhancements, the parties have agreed to request a pre-plea PSI on this defendant and request that the Court order its preparation.

DATED September 17, 2014

> Respectfully submitted,
> RENE L. VALLADARES
> Federal Public Defender
>
> */s/* Brenda Weksler
> _____
> BRENDA WEKSLER
> Assistant Federal Public Defender

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEVIN HALL,

        Defendant.

**Case No.:** 2:14-mj-498-PAL

<u>**ORDER**</u>

      The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

      IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for KEVIN HALL.

      DATED: Septermber 23, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 17, 2014, I served an electronic copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>SARAH E. GRISWOLD
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>/s/ Nancy Vasquez
>Nancy Vasquez, Senior Legal Assistant to
>BRENDA WEKSLER,
>Assistant Federal Public Defender